UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ZAMBOROSKI

        Plaintiff,                      Civil Action No. 04-73194

v.                                        District Judge Avern Cohn
                                              Magistrate Judge R. Steven Whalen

RON KARR, DAVID BENAC,
BRUCE BALLE,
and BRUCE ARNOLD,

        Defendants.
_____/

**ORDER DIRECTING ADDITIONAL BRIEFING**

On May 2, 2005, Plaintiff, who was then proceeding pro *se*, filed a motion for partial summary judgment and brief in support [Docket #27]. Defendants filed a reply brief on May 31, 2005 [Docket #30]. Subsequently, counsel was assigned for Plaintiff, and an appearance of counsel was filed on September 10, 2005. Since Plaintiff is now represented, it would be beneficial to both him and the Court to supplement his dispositive motion. Accordingly,

IT IS ORDERED that Plaintiff shall file a supplemental brief in support of his motion for partial summary judgment by **OCTOBER 25, 2005**.

IT IS FURTHER ORDERED that Defendants shall file a supplemental reply brief by **NOVEMBER 15, 2005**.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  September 23, 2005

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 23, 2005.

s/Gina Wilson
Judicial Assistant