UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ZAMBOROSKI

    Plaintiff,　　　　　　　　　　　　Civil Action No. 04-73194

v.　　　　　　　　　　　　　　　　　　District Judge Avern Cohn
　　　　　　　　　　　　　　　　　　　　Magistrate Judge R. Steven Whalen

RON KARR, DAVID BENAC,
BRUCE BALLE,
and BRUCE ARNOLD,

    Defendants.
_____/

**ORDER**

On January 5, 2006, Plaintiff filed a motion for scheduling conference and to reopen discovery [Docket #45]. On the same date, Defendants filed a motion for protective order to limit certain of Plaintiff's discovery requests [Docket #46].

On March 8, 2006, the Court held a telephonic status conference with the attorneys for the parties. Some of Plaintiff's discovery requests were made earlier on, when he was unrepresented. Recognizing that Plaintiff's attorney was appointed as pro bono counsel relatively late in the case, after summary judgment was denied, the Court is persuaded that the most prudent course of action at this point is to strike all previous discovery requests and set a new scheduling order, in effect allowing the parties to start over again with discovery.

Accordingly, Plaintiff's motion to reopen discovery [Docket #45] is GRANTED.

Defendants' motion for protective order [Docket #46] is DENIED WITHOUT PREJUDICE.

Finally, the Court enters the following Scheduling Order:

1.  Close of Discovery:           September 11, 2006

2.  Motion Cut-Off:               October 11, 2006

3. Final Pretrial Statement:      TO BE SET

4. Final Pretrial Conference:     TO BE SET

5. Trial:                         TO BE SET

SO ORDERED.


S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: March 14, 2006

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 14, 2006.


S/Gina Wilson
Judicial Assistant