UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ZAMBOROSKI

    Plaintiff,

v.

    Civil Action No. 04-73194

    District Judge Avern Cohn

RON KARR, DAVID BENAC,
BRUCE BALLE, and BRUCE
ARNOLD,

    Defendants.
_____/

## ORDER FOR PAYMENT OF SETTLEMENT

On the record in this matter, the parties agreed to settle this case for the sum of Ninety Thousand ($90,000) Dollars. Plaintiff is now refusing to sign the settlement and Defendants will not pay the settlement without a release.

IT IS ORDERED THAT Defendants will pay the settlement to the following as agreed to by the Plaintiff:

1    $15,000 to be paid to Steven Zamboroski, natural child of DAVID ZAMBOROSKI;

2    $15,000 to be paid to Stephanie Zamboroski, natural child of DAVID ZAMBOROSKI;

3    $15,000 to be paid to Andrew Zamboroski, natural child of DAVID ZAMBOROSKI;

4    $15,000 to be paid to Jacob Zamboroski, natural child of DAVID ZAMBOROSKI;

5    $30,000 to be paid to Daniel E. Manville, Counsel.

Dated: June 29, 2007                  s/Avern Cohn
                                               Avern Cohn
                                               United States District Judge