UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ZAMBOROSKI,

    Plaintiff,

-vs-                                                  Case No. 04-73194
                                                  Hon: AVERN COHN

RON KARR, et al.,

    Defendants.
_____/

## ORDER DENYING MOTION FOR REMOVAL OF
## COURT APPOINTED COUNSEL - DUE TO FRAUD

This is a prisoner's civil rights case (42 U.S.C.F. 1983), which settled after two (2) days of a jury trial. Before the Court is plaintiff's Motion For Renewal of Court Appointed Counsel - Due To Fraud. Plaintiff's counsel has responded.

This case was dismissed on June 14, 2007 (Dkt 141). Payment of the settlement amount was ordered on July 10, 2007 (Dkt 146). The case is closed. Accordingly, plaintiff's motion is DENIED.[1]

    SO ORDERED.

Dated: July 24, 2007                    s/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record and David Zamboroski, #167107, Ionia Correctional Facility, 1567 W. Bluewater Hwy., Ionia, MI 48846 on this date, July 24, 2007, by electronic and/or ordinary mail.

                                                    s/Julie Owens
                                                    Case Manager, (313) 234-5160

---

[1] The Court observes that counsel Manville's Response to Plaintiff's Motion For Removal of Court Appointed Counsel - Due to Fraud, adequately explain plaintiff's motion lacks substantial merit.