UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ZAMBOROSKI

    Plaintiff,

v.

Civil Action No. 04-73194

District Judge Avern Cohn

RON KARR, DAVID BENAC, BRUCE BALLE, and BRUCE ARNOLD,

    Defendants.
_____/

## FINAL ORDER OF SETTLEMENT

NOW IT IS HEREBY ORDERED that as a result of the parties inability to agree on acceptable Release documentation, the settlement placed on the record before this Court hereby expresses the intent of the parties in reaching settlement and is encapsulated as follows:

1.    In exchange for a dismissal with prejudice of this lawsuit and the full and final release of all claims that the Plaintiff David Zamboroski could have brought against Defendants RON KARR, DAVID BENAC, BRUCE BALLE, BRUCE ARNOLD, and MONTMORENCY COUNTY, the Defendants, by and through their insurer will tender payment of the $90,000 settlement to the below identified recipients in the following amounts:

    A.    $30,000 to be paid to Daniel Manville, Esq.;

    B.    $15,000 to be paid to Steven Zamboroski, natural child of DAVID ZAMBOROSKI;

    C.    $15,000 to be paid to Stephanie Zamboroski, natural child of DAVID ZAMBOROSKI;

      D.      $15,000 to be paid to Andrew Zamboroski, natural child of DAVID ZAMBOROSKI; and,

      E.      $15,000 to be paid to Jacob Zamboroski, natural child of DAVID ZAMBOROSKI.

2. It is understood and agreed that this settlement is the compromise of a doubtful and disputed claim, and that the payment made is not to be construed as an admission of liability on the part of the parties hereby released, and that said Order releases the parties from liability.

IT IS SO ORDERED


Date: August 02, 2007

s/Avern Cohn
Hon. Avern Cohn
United States District Judge